IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SANDRA GERMAN
:
v.   :   Civil No. CCB-11-1242
:
AKAL SECURITY, INC., MARYLAND
AVIATION ADMINISTRATION

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the defendants' motions to dismiss (ECF Nos. 9 & 11) are **GRANTED**;

2. all state law claims of discrimination, hostile work environment, and retaliation in Counts I, II, and III of the complaint, the claim of intentional infliction of emotional distress in Count II of the complaint, and the claim of defamation in Count IV of the complaint are **DISMISSED with prejudice**;

3. the Title VII claims in Counts I, II, and III of the complaint are **DISMISSED without prejudice**; and

4. plaintiff may seek leave to amend the complaint to cure deficiencies as to the Title VII claims in Counts I, II, and III within 21 days of the date of this Order.

November 29, 2011         /s/
Date                    Catherine C. Blake
                        United States District Judge